UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ROBIN EILEEN STEVENS, et al., | |
| Plaintiffs, | |
| v. | Case No. 3:23-CV-349-CCB-SJF |
| THOR MOTOR COACH INC, et al., | |
| Defendants. | |

## ORDER

Pursuant to the Stipulation to Dismiss [DE 29] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED with prejudice, each party bearing its own costs. The Clerk is DIRECTED to close this case.

SO ORDERED.

October 3, 2024

          /s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT